1

2

3

4

5

6

7

8          **UNITED STATES DISTRICT COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA**

10

11  GLENN BOSWORTH,                    Case No. CV 17-5080 DMG (SS)

12              Petitioner,            **ORDER ACCEPTING FINDINGS,**

13      v.                             **CONCLUSIONS, AND**

14  FELICIA PONCE, Warden,             **RECOMMENDATIONS OF UNITED**

15              Respondent.            **STATES MAGISTRATE JUDGE**

16

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the

18  Petition, the records herein, the Magistrate Judge's Report and

19  Recommendation, and Petitioner's Objections.  After having made a

20  de novo determination of the portions of the Report and

21  Recommendation to which Objections were directed, the Court

22  concurs with and accepts the findings and conclusions of the

23  Magistrate Judge.

24  \\

25  \\

26  \\

27  \\

28  \\

1     **IT IS ORDERED** that (1) the petition for writ of habeas

2 corpus is DENIED; (2) the motion for leave to file an amended

3 2241 motion is DENIED; (3) the request for direct assignment to

4 the District Judge is DENIED; and (4) Judgment shall be entered

5 dismissing this action without prejudice for lack of

6 jurisdiction.

7

8     **IT IS FURTHER ORDERED** that the Clerk serve copies of this

9 Order and the Judgment herein on Petitioner and counsel for

10 Respondent.

11

12     **LET JUDGMENT BE ENTERED ACCORDINGLY.**

13

14 DATED: December 29, 2017

15 _____
    DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28